IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DARRIN KEITH BROWN, § | |
| TDCJ-CID NO.1153943, § | |
| Petitioner, § | |
| v. § | CIVIL ACTION NO. H-07-700 |
| § | |
| NATHANIEL QUARTERMAN, § | |
| Respondent. § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum and Order on Dismissal, this case is DISMISSED, with prejudice.

This is a FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties with a copy.

Signed at Houston, Texas, on June 27, 2007.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE